IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTHONY D. SPRADLEY,**

                Petitioner,

      v.                           CASE NO. 17-3201-JWL

**N.C. ENGLISH,**

                Respondent.

**MEMORANDUM AND ORDER**

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2241. Petitioner has submitted a motion to proceed on appeal in forma pauperis (Doc. #10).

A prisoner seeking leave to proceed in forma pauperis must submit a certified financial statement showing the funds held by the prisoner in his institutional account. *See* D. Kan. R. 9.1(g)(2). Because petitioner has not supplied a financial statement, the Court directs him to supplement the motion to proceed in forma pauperis.

IT IS, THEREFORE, BY THE COURT ORDERED petitioner is granted to and including **February 9, 2018,** to submit a certified financial statement showing the resources in his institutional account.

**IT IS SO ORDERED.**

DATED: This 9th day of January, 2018, at Kansas City, Kansas.

                                          s/ John W. Lungstrum
                                          JOHN W. LUNGSTRUM
                                          U.S. District Judge